■ LEONA PARODI et al., Appellants, v. TRIBORO COACH CORPORATION, Respondent.— In an action to recover damages for injuries to person and property, and for medical expenses and loss of services, the appeal is from an order denying appellants' motion for summary judgment striking out the answer. Order affirmed, with $10 costs and disbursements. No opinion. Wenzel, Acting P. J., Beldock, Murphy, Hallinan and Kleinfeld, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SALVATORE FAVA, Appellant.— Appeal from a judgment rendered by a City Magistrate of the City of New York, holding a Court of Special Sessions in the Borough of Queens, sentencing appellant to pay a fine of $25 or to serve five days, after he had been found guilty of book-making (Penal Law, § 986). The fine was paid. Judgment reversed on the law and the facts, information dismissed, and fine remitted. In our opinion, the evidence adduced was insufficient to establish appellant's guilt beyond a reasonable doubt. Nolan, P. J., Wenzel, Ughetta, Hallinan and Kleinfeld, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. AUGOSTINO PATRICOLA, Appellant.— Appeal from a judgment rendered by a City Magistrate of the City of New York, holding a Court of Special Sessions in the Borough of Queens, sentencing appellant to pay a fine of $25 or to serve five days, after he had been found guilty of book-making (Penal Law, § 986). The fine was paid. Judgment reversed on the law and the facts, information dismissed, and fine remitted. In our opinion, the evidence was not sufficient beyond a reasonable doubt to justify the rejection of appellant's testimony. Upon appellant's testimony, he was not guilty of the crime charged in the information (see, e.g., *People* v. *Gargano,* 267 App. Div. 776; *People* v. *Hjalte,* 279 App. Div. 762; *People ex rel. Collins* v. *McLaughlin,* 60 Misc. 306, affd. 128 App. Div. 599). Nolan, P. J., Wenzel, Ughetta, Hallinan and Kleinfeld, JJ., concur.

■ IRVING SABLE, Respondent, v. MARION WALKER, Appellant.— In an action to recover moneys loaned and advanced to and on behalf of the borrower (1st cause of action), and for other relief, the appeals are (1) from so much of an order as, *inter alia,* granted respondent partial summary judgment on the first cause of action, (2) from the judgment entered thereon, and (3) from an order denying appellant's cross motion for leave to serve an amended answer. Order granting partial summary judgment modified by striking therefrom everything following the words "hereby is" in the second ordering paragraph, and by substituting therefor the word "denied". As so modified, order insofar as appealed from unanimously affirmed, with $10 costs and disbursements to appellant, and judgment vacated. Order denying appellant's cross motion for leave to serve an amended answer reversed, without costs, and motion granted. The amended answer is to be served, if appellant be so advised, within 10 days after the entry of the order hereon. There are triable issues of fact with respect to the various loans and payments made to and for appellant by respondent as alleged in his first cause of action. Appellant is entitled to amend her answer to plead the defense of gifts. Present — Nolan, P. J., Beldock, Murphy, Ughetta and Kleinfeld, JJ.